JAMES T. HURST ET AL. v. HENRY W. HAWKINS.

*Default.*

Judgment by default cannot, in the absence of statutory authority, be taken within twenty days after service of the declaration and notice of rule to plead.

Error to the Superior Court of Detroit. Submitted April 9. Decided April 22.

ASSUMPSIT on a promissory note made by Thomas

Hurst and endorsed by James T. Hurst.    Defendants bring error.

*Alfred Russell* for plaintiffs in error.

COOLEY, J.    This case involves no question but the one passed upon in *Wyandotte Rolling Mills v. Robinson*, 34 Mich., 428. The judgment in the case was taken on default twelve days after service of declaration and notice of rule to plead.

The judgment is reversed with costs.

The other Justices concurred.